35684. HOLLOWAY v. HOLLOWAY et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED JANUARY 15, 1980 — DECIDED FEBRUARY 5, 1980 —
REHEARING DENIED FEBRUARY 19, 1980.

*Watson, Dana, Christian & Woods, Joseph F. Dana,* for appellant.

*William Ralph Hill, Jr.,* for appellees.